UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEIDY ALMEIDA GUARNIZO,

    Petitioner,

v.                                                                      Case No: 6:26-cv-624-JSS-RMN

LOUIS A. QUINONES, JR., KRISTI
NOEM, and GARRETT RIPA,

    Respondents.
_____/

## **ORDER**

Petitioner, Leidy Almeida Guarnizo, initiated this case by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Dkt. 1.) Petitioner requests her release from her confinement at the Orange County Jail, asserting that she is lawfully present in the United States, possesses a valid Florida driver's license, Social Security number, and employment authorization, and has a pending asylum application. (*See id.* at 3, 5.) According to the petition, Petitioner is being detained at the Orange County Jail without "criminal charges, judicial warrant, or lawful authority, based solely on an ICE immigration detainer." (*Id.* at 1.) Petitioner maintains that her continued detention violates the Fourth Amendment's prohibition of unreasonable searches and seizures, as well as the Fifth and Fourteenth Amendments' guarantee of due process of law. (*See id*. at 3.) Accordingly, Petitioner seeks a writ of habeas corpus directing her immediate release and a declaration that her detention based solely on an ICE

- 2 -

detainer is unlawful.  (*Id.* at 5.)

Accordingly:

1.  The Clerk is **DIRECTED** to send a copy of this order, the petition (Dkt. 1), and all attachments to the petition **electronically** to the United States Attorney for the Middle District of Florida and by **certified mail** to (1) Markwayne Mullin, Secretary, Office of the General Counsel, United States Department of Homeland Security, 2707 Martin Luther King, Jr. Ave, SE, Washington, D.C., 20528-0485; (2) Garrett Ripa, Miami Field Office Director, United States Immigration and Customs Enforcement, 865 SW 78th Avenue, Suite 101, Plantation, Florida, 33324; and (3) the Warden of the Orange County Jail.  All costs of service shall be advanced by the United States.

2.  By noon on March 30, 2026, Respondents shall respond to all allegations, grounds, and arguments asserted in the petition and show cause why the petition should not be granted.

3.  The court will consider this matter at a hearing to be set by separate notice.

- 3 -

**ORDERED** in Orlando, Florida, on March 24, 2026.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Office of the United States Attorney
400 W. Washington Street
Suite 3100
Orlando, Florida 32801

Markwayne Mullin, Secretary,
Office of the General Counsel,
United States Department of Homeland Security
2707 Martin Luther King, Jr. Ave, SE
Washington, D.C., 20528

Garrett Ripa, Miami Field Office Director,
United States Immigration and Customs Enforcement
865 SW 78th Avenue
Suite 101
Plantation, Florida 33324

USAFLM.Orlando2241@usdoj.gov